IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SCHLAGNAUFER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY | : | NO. 21-2366 |

ORDER

AND NOW, this 13th day of June, 2022, it having been reported to the court that the issues between the plaintiff and defendant have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that this action is DISMISSED with prejudice without costs.

BY THE COURT:

/s/ Harvey Bartle III
                    J.